**Malik Abdul SHABAZZ, also known as Vonnie Lynn Moore, Appellant,**

v.

**ARKANSAS DEPARTMENT OF COR-RECTION; Charles Freyder, Chaplain, Varner Unit, ADC; Don Yancy, Administrator of Religious Services, Arkansas Department of Correction; Agin Muhammad, Sr., Islamic Coordinator, Arkansas Department of Correction; Ray Hobbs, Deputy Director, Arkansas Department of Correction, Appellees.**

No. 06–3567.

United States Court of Appeals,
Eighth Circuit.

Submitted: March 6, 2008.

Filed: March 10, 2008.

Malik Abdul Shabazz, Pine Bluff, AR, pro se.

Christine Ann Boozer, Attorney General's Office, Little Rock, AR, for Appellees.

Before BYE, SMITH, and BENTON, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Arkansas inmate Malik Shabazz appeals the district court's [1] final judgment imposing a permanent injunction against defendants on his claim under the Religious Land Use and Institutionalized Persons Act, 42 U.S.C. § 2000cc–1. Shabazz challenges the district court's rulings on several motions, and he argues that the court should have held a hearing to explore other options for injunctive relief against defendants. Having carefully reviewed the parties' arguments and the record on appeal, we agree with the district court's rulings for the reasons stated by the court, we find no merit to Shabazz's argument that he was entitled to an additional hearing, and we affirm. *See* 8th Cir. R. 47B.

1. The Honorable James M. Moody, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable J. Thomas Ray, United States Magistrate Judge for the Eastern District of Arkansas.